THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v.
JOHN SHEA, Appellant.

*People* v. *Shea*, 74 App. Div. 626, affirmed.
(Submitted March 23, 1903; decided May 22, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
July 2, 1902, which affirmed a judgment of the Kings County
Court rendered on a verdict convicting the defendant of the
crime of grand larceny in the second degree.

No appearance for appellant.

*John F. Clarke, District Attorney* (*Martin W. Littleton*
of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MAR-
TIN, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v.
GEORGE E. MURRAY, Appellant.

*People* v. *Murray*, 76 App. Div. 118, affirmed.
(Argued May 6, 1903; decided May 22, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 1, 1902, which reversed an order of a Trial Term
sustaining a demurrer to an indictment and overruled such
demurrer.

*A. J. Dittenhoefer* and *David Gerber* for appellant.

*William Travers Jerome, District Attorney* (*Howard S.
Gans* of counsel), for respondent.

Order affirmed; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MAR-
TIN and VANN, JJ. Not voting: O'BRIEN, J.